IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| --- | --- | --- |
| v. | : | No. 11-289-1 |
| CALVIN HICKS | : | |

**ORDER**

AND NOW, this 27th day of October, 2011, it is ORDERED Defendant Calvin Hicks's Motion to Suppress Physical Evidence, Statement and Identification (Document 43) is DENIED.

BY THE COURT:

    /s/ Juan R. Sánchez
Juan R. Sánchez, J.